AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

FILED
NOV 15 2011
CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNDER SEAL

| | |
|---|---|
| United States of America<br>v.<br>Matilda Antwi<br><br>_Defendant_ | )<br>)<br>) Case No. 1:11cr199<br>)<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_   Matilda Antwi                                                         ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
Conspiracy to Import Heroin; and
Distribution for Purpose of Unlawful Importation of Heroin.

Date: 4/28/11

_____
_Issuing officer's signature_

City and state: Alexandria, VA

Kathy Roberts, Deputy Clerk
_Printed name and title_

### Return

| This warrant was received on _(date)_ 4-29-11 , and the person was arrested on _(date)_ 11-14-11 |
|---|
| at _(city and state)_ Dulles, VA . |
| Date: 11-15-11         _____<br>_Arresting officer's signature_<br><br>J. Whitehead USMS for DEA<br>_Printed name and title_ |