# UNITED STATES DISTRICT COURT
## CRIMINAL MINUTES - GENERAL

Case No. **1:11-CR-199**              Date: **11/28/2011**
Court Time: **10:00 - 10:06**

DOCKET ENTRY: **Arraignment**

**U.S.A. vs. EDWARD MACAULEY (1) - William Cummings**
**FRANK EHIOBU (3)  - Mark Bodner**
**FRED OPPONG BROBBERY (4)  - Lana Manitta**
**MATILDA ANTWI (8)  - Lance Gardner**

PRESENT:   Honorable James C. Cacheris, U. S. District Judge
           Janice L. Allen       , Deputy Clerk
           Anneliese Thomson     , Court Reporter
           James Gillis          , Asst. U.S. Attorney
           Karen Dunn            , Asst. U.S. Attorney

**PROCEEDINGS:**
  **X**   Defendants are arraigned and specifically advised of rights.
  **X**   Defendant waived reading of indictment - WFA
          Indictment/Information read.

**PLEA:**
MOTIONS: **20** DAYS TO FILE MOTIONS W/ARGUMENT ON **1/13/2012 @ 9:00 a.m.**
CASE CONTINUED TO **1/31/2012 @ 10:00 A.M.** FOR **JURY TRIAL.**


**Anything to be used in Case in Chief to be filed w/the Clerk 5 days prior to trial**

[**X**] Discovery Orders entered in open Court as to each deft.

Defendant Macauley:      [**X**] Remanded        [ ] Continued on Bond
Bond set at $____ [ ]Unsecured  [ ] Surety  [ ] Personal Recognizance

Defendant Ehiobu:        [**X**] Remanded        [ ] Continued on Bond
Bond set at $____ [ ]Unsecured  [ ] Surety  [ ] Personal Recognizance

Defendant Brobbery:      [**X**] Remanded        [ ] Continued on Bond
Bond set at $____ [ ]Unsecured  [ ] Surety  [ ] Personal Recognizance

Defemdant Antwi:         [**X**] Remanded        [ ] Continued on Bond
Bond set at $____ [ ]Unsecured  [ ] Surety  [ ] Personal Recognizance