FILED
IN OPEN COURT

DEC 21 2011

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:11cr199 |
| | ) | |
| MATILDA ANTWI, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Defendant MATILDA ANTWI having entered a plea of guilty to count 1 of the superseding indictment pursuant to the agreement entered into between her and the United States, and the Court having accepted that plea, and

The United States having moved to dismiss the remaining count of the superseding indictment as it pertains to defendant MATILDA ANTWI, it is therefore

ORDERED that count 2 of the superseding indictment against this defendant be DISMISSED.

12/21/11
Alexandria, Virginia

/s/
James C. Cacheris
United States District Judge