IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | No. 1:11cr199 |
| ) | |
| EDWARD MACAULEY, *et al.*,   ) | |
| ) | |
| Defendants   ) | |

GOVERNMENT'S EXHIBIT LIST

| GEX | Description |
|---|---|
| **1 series** | *September 2010 attempted shipment* |
| 1-A | Photograph of Undergarment - Front View |
| 1-B | Photograph of Undergarment - Front View |
| 1-C | Photograph of Undergarment - Inside View |
| 1-D | Photograph of Heroin from Attempted Shipment |
| 1-G | United Airlines Records for Defendant Matilda Antwi's Attempted Flight on September 4, 2010 |
| 1-H | 902(11) United Airlines Records for Attempted/Actual Flights on September 4, 2010, November 28, 2010 and February 20, 2011 |
| **2 Series** | *November 2010 shipment* |
| 2-A | Heroin from First Controlled Delivery |
| 2-B | "Black Horse" Carry-on Bag |
| 2-C | Photograph of "Black Horse" Carry-on Bag |
| 2-D | Photograph of Interior of "Black Horse" Carry-on Bag |
| 2-E | Photograph of Interior of "Black Horse" Carry-on Bag Showing Brown Taped Package |
| 2-F | Photograph of "Black Horse" Carry-on Bag and Brown Taped Package |
| 2-G | Packaging from First Delivery |

| | |
|---|---|
| 2-H | Photograph of Brown Taped Package |
| 2-I | Photograph of Brown Taped Package in Evidence Bag |
| 2-J | United Airlines Records for Emmanuel Annor's Flight on November 28, 2010 |
| 2-K | Lab Report dated 12/20/2011 |
| 2-L | CV of Chemist Brian Makela |
| **3 Series** | ***February 2011 Shipment*** |
| 3-A | Heroin from Second Controlled Delivery |
| 3-B | Blue "Racker" Carry-on Bag |
| 3-C | Photograph of Blue "Racker" Carry-on Bag |
| 3-D | Photograph of Handle Compartment of Blue "Racker" Carry-on Bag |
| 3-E | Photograph of Blue "Racker" Carry-on Bag Showing Brown Taped Package (Close-up) |
| 3-F | Photograph of Blue "Racker" Carry-on Bag Showing Brown Taped Package |
| 3-G | Photograph of Blue "Racker" Carry-on Bag Showing Brown Taped Package |
| 3-H | Packaging from Second Delivery |
| 3-I | Photograph of Brown Taped Package |
| 3-J | United Airlines Records for Emmanuel Annor's Flight on February 20, 2011 |
| 3-K | Lab Report dated 3/17/2011 |
| 3-L | National Climatic Data Center Chart |
| 3-M | Quality Controlled LCD Improvements/Differences/Updates |
| 3-N | Hotel Photo - Aerial View |
| 3-O | Hotel Photo |
| 3-P | Hotel Photo |
| 3-Q | Duodo's Cell Phone |
| 3-R | Download from Duodo's Cell Phone |
| 3-S | Akwei's Cell Phone |
| 3-T | Download from Akwei's Cell Phone |

| | |
|---|---|
| 3-U | Duodo's GPS Device |
| 3-V | Download of Duodo's GPS Device |
| 3-W | Photograph of Duodo's GPS Device - Front with Directions to Hotel |
| 3-X | Photograph of Duodo's GPS Device - Side |
| 3-Y | Photograph of Duodo's GPS Device - Back |
| 3-Z | Photograph of Duodo's GPS Device (with addt. Address in favorites) |
| **4 Series** | *June 2011 Attempted Shipment* |
| 4-A | Photograph of Wig - Front View |
| 4-B | Photograph of Wig - Top View |
| 4-C | Photograph of Wrapped Head (under wig) |
| 4-F | United Airlines Records for Defendant Jacqueline Jordan's Attempted Flight on June 6, 2011 |
| 4-G | 902(11) for United Airlines Records for the Attempted Flight on June 6, 2011 |
| **6 Series** | *Akwei's Arrest* |
| 6-A | Photograph of Front of Akwei's Residence |
| 6-B | Photograph of Rear of Akwei's Residence |
| **7 Series** | *Recordings and Transcripts* |
| 7-A | Recorded Meetings among Edward Macauley, Nuru Yakubu, Emmanuel Annor on November 10, 2010 - Video AccraCo.006 |
| 7-A.T | Transcript of Recorded Meetings among Edward Macauley, Nuru Yakubu, Emmanuel Annor on November 10, 2010 - Disc 1 AccraCo.006.docx |
| 7-B | Recorded Meetings among Edward Macauley, Nuru Yakubu, Emmanuel Annor on November 10, 2010 - Video AccraCo.007 |
| 7-B.T | Transcript of Recorded Meetings among Edward Macauley, Nuru Yakubu, Emmanuel Annor on November 10, 2010 - Disc 1 AccraCo.007.docx |
| 7-C | Recorded Meetings among Fred Oppong Brobbey, Nuru Yakubu, Emmanuel Annor on November 10, 2010 - Video AccraCo.010 |
| 7-C.T | Transcript of Recorded Meetings among Fred Oppong Brobbey, Nuru Yakubu, Emmanuel Annor on November 10, 2010 - Video AccraCo.010 |

| | |
|---|---|
| 7-D | Telephone call between Edward Macauley and Emmanuel Annor on December 3, 2010 - ws.20004 |
| 7-D.T | Transcript of Telephone call between Edward Macauley and Emmanuel Annor on December 3, 2010 - ws.20004 |
| 7-F | Telephone call between Edward Macauley and Emmanuel Annor on December 3, 2010 - ws.20006 |
| 7-F.T | Transcript of Telephone call between Edward Macauley and Emmanuel Annor on December 3, 2010 - ws.20006 |
| 7-G | Telephone call between William Andoh and Emmanuel Annor on December 3, 2010 - ws.20007 |
| 7-G.T | Transcript of Telephone call between William Andoh and Emmanuel Annor on December 3, 2010 - ws.20007 |
| 7-H | Telephone call between William Andoh and Emmanuel Annor on December 3, 2010 - ws.20009 |
| 7-H.T | Transcript of Telephone call between William Andoh and Emmanuel Annor on December 3, 2010 - ws.20009 |
| 7-I | Recorded Meetings between Frank Ehiobu and Emmanuel Annor on February 18, 2011 - Video Session Number 4 |
| 7-I.T | Transcript of Recorded Meetings between Frank Ehiobu and Emmanuel Annor on February 18, 2011 -Exhibit N-4 Joe and Frank .004 |
| 7-J | Recorded Meetings between Frank Ehiobu and Emmanuel Annor on February 18, 2011 - Video Session Number 5 |
| 7-J.T | Transcript of Recorded Meetings between Frank Ehiobu and Emmanuel Annor on February 18, 2011 -Exhibit N-5 Joe and Frank .005 |
| 7-J-1 | Still Photo of Frank Ehiobu from the Recorded Meetings between and Emmanuel Annor on February 18, 2011 (Ex. 7-J) |
| 7-J-2 | Still Photo of Edward Macauley from the Recorded Meetings between and Emmanuel Annor on February 18, 2011 (Ex. 7-J) |
| 7-K | Telephone call between Frank Ehiobu and Emmanuel Annor on February 21, 2011 - 0930  ws.20001 |
| 7-K.T | Transcript of Telephone call between Frank Ehiobu and Emmanuel Annor on February 21, 2011 - 0930  ws.20001 |

| | |
|---|---|
| 7-L | Telephone call between Frank Ehiobu and Emmanuel Annor on February 21, 2011 - 1221  ws.20011 |
| 7-L.T | Transcript of Telephone call between Frank Ehiobu and Emmanuel Annor on February 21, 2011 - 1221  ws.20011 |
| 7-M | Telephone call between Frank Ehiobu and Emmanuel Annor on February 21, 2011 - 1253  ws.20015 |
| 7-M.T | Transcript of Telephone call between Frank Ehiobu and Emmanuel Annor on February 21, 2011 - 1253  ws.20015 |
| 7-N | Telephone call between Frank Ehiobu and Emmanuel Annor on February 21, 2011 - 1323  ws.20016 |
| 7-N.T | Transcript of Telephone call between Frank Ehiobu and Emmanuel Annor on February 21, 2011 - 1323  ws.20016 |
| 7-O | Telephone call between Frank Ehiobu and Emmanuel Annor on February 21, 2011 - 1850  ws.20018 |
| 7-O.T | Transcript of Telephone call between Frank Ehiobu and Emmanuel Annor on February 21, 2011 - 1850  ws.20018 |
| 7-P | Recorded Meetings among Akwei, Duodo, Emmanuel Annor on February 21, 2011 - 1925  Track 002.wav |
| 7-P.T | Transcript of Recorded Meetings among Akwei, Duodo, Emmanuel Annor on February 21, 2011 - 1925  Track 002.wav |
| 7-Q | Telephone call between Frank Ehiobu and Emmanuel Annor on February 22, 2011 - 0230-0300  ws.20037 |
| 7-Q.T | Transcript of Telephone call between Frank Ehiobu and Emmanuel Annor on February 22, 2011 - 0230-0300  ws.20037 |
| 7-R | Telephone call between Frank Ehiobu and "Tony" on February 22, 2011 - 0900  ws.20070 |
| 7-R.T | Transcript of Telephone call between Frank Ehiobu and "Tony" on February 22, 2011 - 0900  ws.20070 |
| 7-S | Telephone call between Frank Ehiobu and "Tony" on February 22, 2011 - 0914  ws.20071 |
| 7-S.T | Transcript of Telephone call between Frank Ehiobu and "Tony" on February 22, 2011 - 0914  ws.20071 |
| 7-T | Telephone call between Frank Ehiobu and "Tony" on February 22, 2011 - 0922 |

| | |
|---|---|
| | ws.20072 |
| 7T.T | Transcript of Telephone call between Frank Ehiobu and "Tony" on February 22, 2011 - 0922 ws.20072 |
| 7-U | William Andoh T-III Intercepted Call Sessions 698 - Recording |
| 7-U.T | William Andoh T-III Intercepted Call Sessions 698 - Transcript |
| 7-V | William Andoh T-III Intercepted Call Sessions 699 - Recording |
| 7-V.T | William Andoh T-III Intercepted Call Sessions 699 - Transcript |
| 7-W | William Andoh T-III Intercepted Call Sessions 707 - Recording |
| 7-W.T | William Andoh T-III Intercepted Call Sessions 707 - Transcript |
| 7-X | William Andoh T-III Intercepted Call Sessions 768 - Recording |
| 7-X.T | William Andoh T-III Intercepted Call Sessions 768 - Transcript |
| 7-Y | William Andoh T-III Intercepted Call Sessions 837 - Recording |
| 7-Y.T | William Andoh T-III Intercepted Call Sessions 837 - Transcript |
| 7-Z | William Andoh T-III Intercepted Call Sessions 841 - Recording |
| 7-Z.T | William Andoh T-III Intercepted Call Sessions 841 - Transcript |
| 7-AA | William Andoh T-III Intercepted Call Sessions 845 - Recording |
| 7-AA.T | William Andoh T-III Intercepted Call Sessions 845 - Transcript |
| 7-BB | William Andoh T-III Intercepted Call Sessions 1165 - Recording |
| 7-BB.T | William Andoh T-III Intercepted Call Sessions 1165 - Transcript |
| 7-CC | William Andoh T-III Intercepted Call Sessions 1168 - Recording |
| 7-CC.T | William Andoh T-III Intercepted Call Sessions 1168 - Transcript |
| 7-DD | William Andoh T-III Intercepted Call Sessions 1169 - Recording |
| 7-DD.T | William Andoh T-III Intercepted Call Sessions 1169 - Transcript |
| 7-EE | William Andoh T-III Intercepted Call Sessions 1172 - Recording |
| 7-EE.T | William Andoh T-III Intercepted Call Sessions 1172 - Transcript |
| 7-FF | William Andoh T-III Intercepted Call Sessions 1173 - Recording |
| 7-FF.T | William Andoh T-III Intercepted Call Sessions 1173 - Transcript |

| | |
|---|---|
| 7-GG | William Andoh T-III Intercepted Call Sessions 1388 - Recording |
| 7-GG.T | William Andoh T-III Intercepted Call Sessions 1388 - Transcript |
| 7-HH | William Andoh T-III Intercepted Call Sessions 1438 - Recording |
| 7-HH.T | William Andoh T-III Intercepted Call Sessions 1438 - Transcript |
| 7-II | Telephone call between Frank Ehiobu and "Tony" on April 7, 2011 - 0845 ws.20003 - Recording |
| 7-II.T | Telephone call between Frank Ehiobu and "Tony" on April 7, 2011 - 0845 ws.20003 - Transcript |
| **8 Series** | ***Ehiobu Arrest*** |
| 8-A | Photograph of Defendant Frank Ehiobu |
| 8-B | Photograph of Defendant Frank Ehiobu's Ring |
| 8-C | Frank Ehiobu's Cell 1 |
| 8-D | Frank Ehiobu's Download 1 |
| 8-E | Frank Ehiobu's Cell 2 |
| 8-F | Frank Ehiobu's Download 2 |
| **9 Series** | ***Macauley Arrest*** |
| 9-A | Photograph of Defendant Edward Macauley |
| 9-B | Photograph of Defendant Edward Macauley's Ghanaian Driver License Seized from Macauley's Home |
| 9-C | Photograph of Two Cell Phones Seized from Macauley's Home |
| 9-D | Photograph of Two Cell Phones on Couch at Macauley's Home |
| 9-E | Photograph of Defendant Edward Macauley on Couch at Macauley's Home |
| 9-F | Photograph of Defendant Edward Macauley on Couch at Macauley's Home (With View of Location from Which the Cell Phones Were Seized) |
| 9-G | Macauley Cell Phones 1 |
| 9-H | Download from Macauley's Cell Phone (Contains Akwei's Telephone Number as a Contact; Contains Andoh's Telephone Number as a Contact) |

| | |
|---|---|
| 9-I | Macauley Cell Phones 2 |
| 9-J | Download from Macauley's Cell Phone (Contains Akwei's Telephone Number as a Contact; Contains Andoh's Telephone Number as a Contact) |

**10 Series** *Photographs of Co-Conspirators*

| | |
|---|---|
| 10-A | Edward Macauley a/k/a "Cudjoe Opoku," |
| 10-B | Nuru Yakubu a/k/a "Ohehe," |
| 10-C | Frank Ehiobu |
| 10-D | Fred Oppong Brobbey |
| 10-E | William Andoh |
| 10-F | Theophilus Akwei |
| 10-G | Joseph Duodo |
| 10-H | Matilda Antwi |
| 10-I | Jacqueline Aku Jordan |

**11 Series** *Telephone Records*

| | |
|---|---|
| 11-A | T-mobile Telephone Subscriber Info for Defendant Theophilus Akwei's Cell Phone: (240) 543-0190 |
| 11-B | T-mobile Telephone Toll Records for Defendant Theophilus Akwei's Cell Phone: (240) 543-0190 |
| 11-C | T-mobile Telephone Subscriber Info for Defendant Joseph Duodo's Cell Phone: (240) 217-9361 |
| 11-D | T-mobile Telephone Toll Records for Defendant Joseph Duodo's Cell Phone: (240) 217-9361 |
| 11-E | T-mobile 902(11) for Toll Records and Subscriber Info for (240) 543-0190 and (240) 217-9361 |
| 11-F | Sprint Subscriber Info Records for Defendant William Andoh's Cell Phone: (347) 448-7658 |
| 11-G | Sprint Telephone Toll Records for Defendant William Andoh's Cell Phone: (347) 448-7658 (11/13/2010 - 12/2/2010) |
| 11-H | Sprint Telephone Toll Records for Defendant William Andoh's Cell Phone: |

|        | (347) 448-7658 (12/2/2010 - 4/8/2011) |
|--------|----------------------------------------|
| 11-I   | Sprint 902(11) for Toll Records and Subscriber Info for (347) 448-7658 |
| 11-J   | Sprint 902(11) for Toll Records and Subscriber Info for (347) 448-7658 |
| 11-K   | AT&T Telephone Subscriber for Cell Phone Used by Emmanuel Annor: (571) 213-1914 |
| 11-L   | AT&T Telephone Toll Records for Cell Phone Used by Emmanuel Annor: (571) 213-1914 |
| 11-M   | AT&T Certificate of Authenticity for Subscriber Info and Telephone Toll Records for Cell Phone Used by Emmanuel Annor: (571) 213-1914 |
| 11-N   | AT&T Telephone Subscriber Info for Cell Phone Used by "Senu": (703) 380-0151 |
| 11-O   | AT&T Telephone Toll Records for Cell Phone Used by "Senu": (703) 380-0151 |
| 11-P   | AT&T Certificate of Authenticity for Subscriber Info and Telephone Toll Records for Cell Phone Used by "Senu": (703) 380-0151 |
| 11-Q   | PAETEC Subscriber Info for Town Place Suites, Sterling: (703) 707-2017 |
| 11-R   | PAETEC 902(11) for Subscriber Info for Town Place Suites, Sterling: (703) 707-2017 |
| 11-S   | Call Detail for Marriot Dulles Hotel for Room 3431 from 11/29/2010 - 11/30/2010 |
| 11-T   | 902(11) for Call Detail for Marriot Dulles Hotel for Room 3431 from 11/29/2010 - 11/30/2010 |
| 11-U   | Download from Jacqueline Jordan's Cell Phone |
| **12 Series** | ***DMV Records*** |
| 12-A   | Certified Copy of Car Registration for Defendant Joseph Duodo's Nissan Altima |
| 12-B   | Certified Copy of Defendant Joseph Duodo's Driver's License |
| 12-C   | Certified Copy of Defendant Theophilus Akwei's Driver's License |
| **13 Series** | ***Miscellaneous*** |
| 13-A   | Plea Agreement for Matilda Antwi |
| 13-B   | Plea Agreement for Jacqueline Jordan |
| 13-D   | Plea Agreement for Ani |

| | |
|---|---|
| 13-F | Plea Agreement for Frank Ehiobu |
| 13-G | Plea Agreement for William Andoh |
| **14 Series** | *Charts* |
| 14-A | Organization Chart |
| 14-B | Telephone Chart for Akwei |
| 14-C | Telephone Chart for Doudo |

The Government further respectfully requests leave of the Court to file additional exhibits if necessary.

Respectfully submitted,

NEIL H. MACBRIDE
United States Attorney

By:            /s/
   James P. Gillis
Assistant United States Attorney
Karen L. Dunn
Assistant United States Attorney
Attorneys for the United States of America
United States Attorney's Office
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Ave
Alexandria, VA 22314
Phone: 703-299-3700
Fax: 703-299-3981
Email Address: James.P.Gillis@usdoj.gov
                   Karen.Dunn@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of January, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Gregory E. Stambaugh
Brown & Stambaugh
9100 Church Street, Suite 103
Manassas, VA 20110-5413
(703) 331-0220
Email: gregslaw@verizon.net

Kevin Brehm
Office of the Federal Public Defender (Alexandria N/A)
1650 King Street, Suite 500
Alexandria, VA 22314
(703) 600-0800
Fax: (703) 600-0880
Email: kevin_brehm@fd.org

By:  _____/s/_____
James P. Gillis
Assistant United States Attorney
Karen Dunn
Assistant United States Attorney
Attorneys for the United States of America
United States Attorney's Office
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Ave
Alexandria, VA 22314
Phone:  703-299-3700
Fax: 703-299-3981
Email Address: James.P.Gillis@usdoj.gov
Karen.Dunn@usdoj.gov