IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 1:11cr199 |
| | ) |
| MATILDA ANTWI | ) |
| | ) |
| Defendant | ) |

POSITION OF THE UNITED STATES
WITH RESPECT TO SENTENCING

The United States submits that the guidelines have been properly assessed in the presentence report to be in the range of 46 to 57 months' imprisonment.  The defendant has not objected to this assessment.  (*See* PSR, at p. A-1.)  This guidelines sentencing range is comparable to that found by the court in *United States v. Yvonne Ansah Owusu*, No. 1:11cr282 (E.D. Va. Jun. 15, 2011) (indictment filed).  Although this case was separately charged and assigned to Judge O'Grady, it involved a courier in a Ghanaian heroin trafficking conspiracy very similar to, and likely connected with, the Macauley organization.  In fact, according to the statement of defendant Antwi, at the time of her arrest, she was introduced to Macauley by Owusu.  On October 24, 2011, Judge O'Grady sentenced Owusu to 51 months' incarceration after determining a guideline sentencing range of 51 to 63 months (Owusu transported 3.3 kilograms of heroin).

For these reasons, the United States submits that the starting point for determining the appropriate sentence for the defendant is this guidelines sentencing range of 46 to 57 months' imprisonment.[1]

                                        Respectfully submitted,

                                        NEIL H. MACBRIDE
                                        UNITED STATES ATTORNEY

By:           /s/
        James P. Gillis
        Virginia Bar No. 65055
        Karen L. Dunn
        Assistant United States Attorneys
        Justin W. Williams United States Attorney's Office
        2100 Jamieson Avenue
        Alexandria, VA 22314
        (703) 299-3700
        (703) 299-3982 (fax)
        james.p.gillis@usdoj.gov
        karen.dunn@usdoj.gov

---

[1] The government agrees that the defendant is safety valve eligible and that the 10-year mandatory minimum provided by 21 U.S.C. § 841(b)(1)(A) does not apply. *See* U.S.S.G. § 5C1.2(a).

CERTIFICATE OF SERVICE

      I hereby certify that on March 8, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Lance D. Gardner
3900 University Drive, Suite 320
Fairfax, VA 22030
gardner@novalaw.com
Counsel for defendant Matilda Antwi

      I further certify that I e-mailed a copy of the foregoing to Carla G. Coopwood, Senior U.S. Probation Officer.

                                                /s/
                                       James P. Gillis
                                       Virginia Bar No. 65055
                                       Assistant United States Attorney
                                       Justin W. Williams United States Attorney's Office
                                       2100 Jamieson Avenue
                                       Alexandria, VA  22314
                                       (703) 299-3700
                                       (703) 299-3982 (fax)
                                       james.p.gillis@usdoj.gov