**SENTENCING**

Date: **3/16/2012**                                              Judge: **CACHERIS**
                                                                                                  Reporter: **J. Goodwin**
                                                                                                  Start: **9:15**
                                                                                                  End: **9:25**

UNITED STATES of AMERICA                                              Case Number: **1:11-CR-00199-08**

                V.

**MATILDA ANTWI**

Counsel/Deft: **Lance Gardner**                        Counsel/Govt: **Karen Dunn**
Interpreter: **n/a**
Court adopts PSI ( ) without exceptions ( **X** ) with exceptions: **The Deft. requests a sentence at the low end of the g/l range, minus the time served which comes to a sentence of 27 months.  The Deft. also request to be designated to a facility as close to No. Va. as possible - granted.  The Govt. does not argue.  The Court finds the sentence reasonable and reflects the nature, circumstance and seriousness of the offense; reflects the history and characteristics of the defendant; promotes respect for the law; provides just punishment for the offense; and avoids unwarranted sentence disparities.**

**SENTENCING GUIDELINES** :                            Court departs from Guidelines pursuant to:
Offense Level: **23**
Criminal History: **I**                                                          ____ USSG 5H1.4
Imprisonment Range: **46** to **57** months                  **X** USSG 5K1.1
Supervised Release Range: **2** to **5** Years              ____ USSG 5K2.12
Fine Range: $**10,000** To $ **10,000,000**                     **X** USSG 5C1.2
Restitution $_____                                             Other:_____
Special Assessment **$100** ( ) Satisfied      ( **X** ) Unsatisfied, due immediately

**JUDGMENT OF THE COURT:**
BOP for **23** months w/credit for time served.
Supervised Release for **3** years, w/special conditions.
Supervised Probation for ____ Years, with special conditions: ( ) Yes ( ) No
Fine Imposed of $_____
Restitution of $_____ payable immediately.
( **X** )  Fine/costs of incarceration waived.

**SPECIAL CONDITIONS**:
 **X** Deft. shall surrender to a duly-authorized immigration official for deportation.
 **X** If ordered deported, the deft. shall not reenter the U.S. during the term of supervised release.
 **X** Deft. shall provide the probation officer with all requested financial records and documents.

**RECOMMENDATIONS to BOP**:
 **X** Dft. To be designated to a facility as close to Northern Virginia as possible.
 ____ Dft. designated to facility to participate in ICC (Boot Camp) type program
 ____ Dft. to participate in the BOP 500 Hour Residential Drug Abuse Treatment program (RDAP).
 ____ Other:_____

Defendant: ( **X** ) Remanded   ( ) Cont'd on Bond   ( ) Referred to USPO   ( ) Immediate Deportation